**Order entered September 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00067-CV

### CITY OF MCKINNEY, Appellant

### V.

### EL DORADO LAND COMPANY, LP, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-03745-2009**

## ORDER

We **GRANT** appellant's September 14, 2015 unopposed motion for extension of time to

file reply brief and **ORDER** the brief be filed no later than October 6, 2015.


/s/     CRAIG STODDART
          JUSTICE